IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER BROWN,
    Petitioner

v.

B.A. BLEDSOE, et al.,
    Respondents

CIVIL NO. 3:11-CV-1428

(JUDGE NEALON)
(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW**, THIS 24th DAY OF FEBRUARY, 2012, for the reasons set forth in this Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 13) is **ADOPTED**;

2. The habeas corpus petition (Doc. 1) is **DENIED**;

3. Petitioner's objections to the R&R (Doc. 17) are **OVERRULED**;

4. The Clerk of Courts is directed to **CLOSE** this case; and

5. Any appeal would be deemed frivolous, not filed in good faith, and without probable cause.

_[signature]_
**United States District Judge**